# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Cr. A. No. 02-30043-05 |
| VERSUS | JUDGE ROBERT G. JAMES |
| KERRY NATION | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons set forth in this Court's Ruling and the Report and Recommendation of the Magistrate Judge [Doc. No. 570], to the extent adopted by the Court, and after a de novo review of the record,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 [Doc. No. 484] is GRANTED.

IT IS ORDERED that the Government reinstate the plea offer previously proposed to Defendant.

IT IS FURTHER ORDERED that the Government is not permitted to file a notice of statutory enhancement pursuant to 21 U.S.C. §§ 841 and 851(a)(1) until after jury selection has begun.

MONROE, LOUISIANA, this 29th day of January.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE